IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY VICKERS. JR, | 1:08-cv-1961-LJO-GSA (HC) |
| Petitioner, | ORDER GRANTING RESPONDENTS' MOTION FOR EXTENSION OF TIME |
| vs. | TO FILE RESPONSE TO PETITION |
| DERRAL G. ADAMS, et al., | (DOCUMENT #9) |
| Respondent. | THIRTY DAY DEADLINE |

On March 26, 2009, respondent filed a motion to extend time to file a response to the petition. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondents are granted thirty days from the date of service of this order in which to file a response to petition.

IT IS SO ORDERED.

Dated: **April 8, 2009**     **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE