UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY VICKERS, JR.,<br><br>        Petitioner,<br><br>   v.<br><br>DERRAL G. ADAMS, et al.,<br><br>        Respondents. | 1:08-CV-01961 LJO GSA HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT DOCUMENTS |

     Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

     On July 30, 2009, Respondent filed a reply to Petitioner's opposition to the motion to dismiss. In the reply, Respondent references several lodged documents numbered 36-40. The Court finds no record of these documents having been lodged.

     Accordingly, Respondent is DIRECTED to submit these additional records within ten (10) court days of the date of service of this order.

     IT IS SO ORDERED.

     **Dated:**   **August 4, 2009**                 **/s/ Gary S. Austin**
                                                                      UNITED STATES MAGISTRATE JUDGE